NOVA LAW GROUP

September 2, 2026

Alexandra Minogue, Esq.
Nova Law Group
21 Fulton St.
Newark, NJ 07102
T: 844-444-6682

**VIA PACER**
The Honorable Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Courtroom 5A
Newark, NJ 07101

RE: ***Sumba-Sumba v. Rokosky, et al.***
**Docket No.: 2:26-cv- 09016-MCA**

Dear Honorable Madeline Cox Arleo, U.S.D.J.,

As Your Honor is aware, the undersigned represents Petitioner in the above-captioned matter. Respectfully, Mr. Sumba-Sumba seeks leave to voluntarily withdraw the pending habeas petition.

In light of the time-sensitive nature of the circumstances, the undersigned respectfully requests that this action be dismissed at the Court's earliest convenience. This request is made with sincere appreciation for the Court's time and consideration.

Respectfully,

Alexandra Minogue

Alexandra Minogue, Esq.

Case shall be dismissed and closed.

SO ORDERED

s/Madeline Cox Arleo
MADELINE COX ARLEO, U.S.D.J.

Date: 9/8/26

CC: Taylor Dow, Esq.
*Counsel for Respondents*